IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-101-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANTHONY DANIEL SMITH, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 260). The government responded in opposition and the issues raised are ripe for ruling.

Having considered the motion under the governing standard, defendant's motion is GRANTED. While the court acknowledges arguments raised in the government's opposition, defendant has approximately four months left on supervision, he commendably demonstrated exceptional conduct on supervision over the past four and a half years, and he represents that he has a new offer of employment if supervision can be terminated. Defendant's term of supervision is hereby TERMINATED. The clerk shall serve a copy of this order on defendant personally, and transmit same to United States Probation by electronic mail.

SO ORDERED, this the 19th day of March, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge